The Honorable James L. King

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BWP MEDIA USA INC., <br><br> Plaintiff, <br><br> v. <br><br> RCS SYSTEMS INC., <br><br> Defendant. | No. 2:13-cv-03812-DMG-AGR |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff BWP MEDIA USA INC. hereby notifies this Court and the Defendant, RCS SYSTEMS INC., that it voluntarily dismisses with prejudice all of its claims against the Defendant, RCS SYSTEMS INC. in the above-captioned action. Rule 41(a) provides that a notice of dismissal is appropriate for voluntary withdrawal before the opposing party serves either an answer or a motion for summary judgment.

In this case, the Defendant, RCS SYSTEMS INC. has neither filed an answer or a motion for summary judgment. The Plaintiff filed the above-captioned action on May 29, 2013. (Doc. 1).

Dated: July 9, 2013

Respectfully submitted,

/s/ Craig B. Sanders
Craig B. Sanders (284397)
SANDERS LAW, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: 516-203-7600
Fax: 516-281-7601
Email: csanders@sanderslawpllc.com

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE
CENTRAL DISTRICT OF CALIFORNIA

I hereby certify that on this 9th day of July 2013, the foregoing Notice of Voluntary Dismissal with Prejudice was filed through the Court's CM/ECF filing system and was also served via U.S. Mail upon the Defendant, RCS SYSTEMS INC., 7075 West Parkland Court, Milwaukee, Wisconsin 53202.

/s/ Craig B. Sanders
Attorney for Plaintiff